**Appeal Dismissed and Memorandum Opinion filed December 15, 2020.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-20-00756-CV
_____

**NASSER CHEHAB, Appellant**

**V.**

**WILLIAM PAT HUTTENBACH HIRSCH AND WESTHEIMER, P.C.,
Appellee**

**On Appeal from the 189th District Court
Harris County, Texas
Trial Court Cause No. 2020-46707**

## MEMORANDUM OPINION

This is an attempted appeal from an order on appellant's motion to show authority signed by the trial court on October 7, 2020, and an order on appellees' motion to dismiss pursuant to Rule 91a or, alternatively, motion for summary judgment, signed by the trial court on October 15, 2020. *See* Tex. R. Civ. P. 91a. Pursuant to chapter 11 of the Texas Civil Practice and Remedies Code, Nasser Chehab has been declared a vexatious litigant and is therefore subject to the pre-filing order under section 11.101. Tex. Civ. Prac. & Rem. Code §§ 11.101, 11.103.

Under section 11.103(a), the clerk of this court may not file an appeal presented by a vexatious litigant subject to a pre-filing order under section 11.101 unless the litigant obtains an order from the local administrative judge permitting the filing, or the appeal is from a pre-filing order entered under section 11.101 designating a person a vexatious litigant. Tex. Civ. Prac. & Rem. Code § 11.103(a) & (d). This is not an appeal from a pre-filing order entered under section 11.101.

On November 17, 2020, this court ordered appellant within ten days to file a copy of the order from the local administrative judge permitting the filing of this appeal or the appeal would be dismissed. Appellant filed no response.

We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Poissant.

2